BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $75,000.00 IN U.S. CURRENCY,<br><br>                            Defendant. | 1:13-CV-00702-LJO-SKO<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $75,000.00 in U.S. Currency (hereafter "defendant currency") seized on or about November 15, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on May 13, 2013, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On June 21, 2013, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on June 26, 2013.

4. Beginning on May 31, 2013, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following

individuals:

    a. Michael Lau

    b. Linn Van Nguyen

    c. Peter J. Walford, attorney

6. To date, no parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Linn Van Nguyen on August 29, 2013. Pursuant to Local Rule 540, the United States and Potential Claimant Michael Lau thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Linn Van Nguyen.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Michael Lau, Linn Van Nguyen, and all other potential claimants.

3. Upon entry of a Final Judgment of Forfeiture herein, $67,500.00 of the defendant approximately $75,000.00 in U.S. Currency, together with any interest that has accrued on the entire $75,000.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $7,500.00 of the defendant approximately $75,000.00 in U.S. Currency shall be returned to Potential Claimant Michael Lau through his attorney Peter J. Walford, The Foxx Firm, PLC, 5895 Washington Boulevard, Culver City, California 90232, telephone (310) 895-1188.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any

and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on May 13, 2013, the Court finds that there was probable cause for arrest and seizure of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California, Hon. Lawrence J. O'Neill, District Court Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed May 13, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **September 5, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE